Eric H. Gibbs (Bar # 178658)
David Stein (Bar # 257465)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com

John A. Kehoe
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
jkehoe@kehoelawfirm.com

*Lead Counsel*

[additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATUL SINGH DEORA, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>NANTHEALTH, *et al.*,<br><br>            Defendants. | Case No. 2:17-cv-01825-TJH-MRWx<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND TO DIRECT CLASS NOTICE**<br><br>Date: January 13, 2019<br>Time: UNDER SUBMISSION<br>Judge: The Hon. Terry J. Hatter, Jr.<br>Courtroom: 9B |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 13, 2019, or as soon thereafter as the matter may be heard, before the Honorable Terry J. Hatter, Jr., District Judge of the United States District Court for the Central District of California, in Courtroom 9B, First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012, Plaintiff Southeastern Pennsylvania Transit Authority will, and hereby does, move for entry of an order preliminarily approving the proposed settlement, directing notice of the proposed settlement to the Classes, approving the proposed notices and notice plan set forth in the stipulation of settlement pursuant to Fed. R. Civ. P. 23(e), and setting a schedule for final settlement approval.

Plaintiff's motion is based on this notice; the accompanying memorandum of points and authorities; the declaration of David Stein and all attachments thereto (including the Stipulation of Settlement); the declaration of John A. Kehoe (including its exhibit); and all other papers filed and proceedings had in this action.

Dated: December 10, 2019         Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ David Stein*

Eric H. Gibbs
David Stein
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com

1

**KEHOE LAW FIRM, P.C.**
John A. Kehoe
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
jkehoe@kehoelawfirm.com

*Lead Counsel for Plaintiff and the Classes*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1341
jbleichmar@bfalaw.com

*Additional Counsel on behalf of Southeastern
Pennsylvania Transportation Authority*

NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL
CASE NO. 2:17-CV-01825-TJH-MRW