Eric H. Gibbs (Bar # 178658)
David Stein (Bar # 257465)
Kyla J. Gibboney (Bar # 301441)
**GIBBS LAW GROUP LLP**
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com

John A. Kehoe
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
jkehoe@kehoelawfirm.com

*Class Counsel*

[additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ATUL SINGH DEORA, *et al.*,

Plaintiffs,

v.

NANTHEALTH, *et al.*,

Defendants.

Case No. 2:17-cv-01825-TJH-MRWx

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND FOR AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND COMPENSATORY AWARD**

Date: June 15, 2020
Time: 10:00 a.m.
Judge: The Hon. Terry J. Hatter, Jr.
Courtroom: 9B

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 15, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard, before the Honorable Terry J. Hatter, Jr., District Judge of the United States District Court for the Central District of California, in Courtroom 9B, First Street Courthouse, 350 W. 1st Street, Los Angeles, California, 90012, Plaintiff Southeastern Pennsylvania Transit Authority will, and hereby does, move for entry of an order granting final approval of the proposed class action settlement, and awarding attorneys' fees in the amount of $4.125 million, reimbursement of $349,073.67 in litigation costs, and a compensatory award of $25,000 to the Lead Plaintiff.

Notwithstanding the Court's standing order that all motions are to be taken under submission, Plaintiff has noticed this motion to be heard on June 15, 2020, at 10:00 a.m., consistent with the Court's order setting that hearing (ECF No. 117) and Federal Rule of Civil Procedure 23(e)(2).

Plaintiff's motion is based on this notice; the accompanying memorandum of points and authorities; the attached declarations and exhibits; the arguments of counsel; and any other matters in the record or that properly come before the Court.

Dated: March 23, 2020

Respectfully submitted,

**GIBBS LAW GROUP LLP**

*/s/ David Stein*

Eric H. Gibbs
David Stein
Kyla J. Gibboney
505 14th Street, Suite 1110
Oakland, CA 94612-1406
Telephone: (510) 350-9700
Facsimile: (510) 350-9701

ehg@classlawgroup.com
ds@classlawgroup.com
kjg@classlawgroup.com

**KEHOE LAW FIRM, P.C.**
John A. Kehoe
Two Penn Center Plaza
1500 JFK Boulevard, Suite 1020
Philadelphia, PA 19102
Telephone: (215) 792-6676
jkehoe@kehoelawfirm.com

*Class Counsel*

**BLEICHMAR FONTI & AULD LLP**
Javier Bleichmar
7 Times Square, 27th Floor
New York, NY 10036
Telephone: (212) 789-1341
jbleichmar@bfalaw.com

*Additional Counsel on behalf of Southeastern Pennsylvania Transportation Authority and the Classes*