# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| ATUL SINGH DEORA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANTHEALTH, INC., et al., <br><br> Defendants. | CV 17-01825 TJH (MRWx) <br><br> Order <br> [119] <br> JS-6 |

    The Court has considered Plaintiffs' motion for final approval of the class action settlement, together with the moving and opposing papers and supplemental briefs.

    On July 30, 2019, the Court granted the Southern Pennsylvania Transit Authority's ["the Transit Authority"] motion for class certification in this securities fraud class action. On January 31, 2020, the Court granted the Transit Authority's unopposed motion for preliminary approval of the class action settlement.

    On March 23, 2020, the Transit Authority moved for final approval of the class action settlement. The proposed class action settlement calls for a $16,500,000.00 common fund to be distributed as follows: (1) $4,125,000.00, or 25% of the settlement fund, for attorneys' fees; (2) $349,073.67 for costs; (3) $25,000.00 as a "compensatory

award" for the Transit Authority as lead plaintiff; and (4) A *pro rata* distribution of the remainder of the common fund to the class members.  On July 17, 2020, the Court found that the amount of attorneys' fees to be reasonable and the proposed *pro rata* distribution of the settlement fund to be fair and adequate.  However, the Court reduced the Transit Authority's compensatory award to $5,000.00 and found that it could not determine the reasonableness of the requested costs because the Transit Authority failed to, *inter alia*, provide documentation or other substantiation for the costs requested other than vague declarations.  Accordingly, the Court ordered the Transit Authority to file supplemental declarations and evidence to substantiate its requested costs.

The Transit Authority has, now, filed those supplemental declarations and evidence.

The Transit Authority has withdrawn its request for $1,869.67 worth of costs because it did not have documentation to support the request.  Accordingly, the Transit Authority, now, seeks to recover $347,204.00 in costs.

The Transit Authority's supplemental declarations adequately broke down each category of its requested costs into individual transactions and provided documentation and explanations in support thereof.  However, the Court will not award requested costs for the $800.00 incurred for *pro hac vice* fees or for the $1,571.44 incurred as meal costs, including: (1) The $38.13 room service charge included in the February 5, 2019, lodging cost; and (2) The two $29.97 room service charges included in the August 26 2019, to August 28, 2019, lodging cost.  The Court finds that the remaining costs are reasonable.

Thus, the Court will award $344,832.56, in costs.

Accordingly,

𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the motion for final approval of the class action settlement be, and hereby is, 𝕲𝖗𝖆𝖓𝖙𝖊𝖉.

𝔍𝔱 𝔦𝔰 𝔣𝔲𝔯𝔱𝔥𝔢𝔯 𝔒𝔯𝔡𝔢𝔯𝔢𝔡 that the proposed class action settlement be, and hereby is 𝔄𝔭𝔭𝔯𝔬𝔳𝔢𝔡 with a common fund of $16,500,000.00, to be distributed as follows:

(1) $4,125,000.00, or 25% of the settlement fund, for attorneys' fees;

(2) $344,832.56 for costs;

(3) $5,000.00 as a "compensatory award" for the Transit Authority as lead plaintiff; and

(4) A *pro rata* distribution of the remainder of the common fund to the class members, "calculated using a formula based on the timing of [each class member's] purchases and sales of NantHealth common stock," where "the formula accounts for the alleged artificial share-price inflation at various points during the Class period, and is tied to the difference between the estimated inflation on the date shares were purchased and sold."

Date: September 10, 2020

_____
𝔗𝔢𝔯𝔯𝔶 𝔍. 𝔥𝔞𝔱𝔱𝔢𝔯, 𝔍𝔯.
𝔖𝔢𝔫𝔦𝔬𝔯 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔍𝔲𝔡𝔤𝔢

CC:FISCAL