**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ATUL SINGH DEORA, *et al.*,<br><br>Plaintiffs,<br>v.<br><br>NANTHEALTH, *et al.*,<br><br>Defendants. | Case No. 2:17-cv-01825-TJH-MRWx<br><br>**ORDER GRANTING UNOPPOSED MOTION TO DISTRIBUTE REMAINING SETTLEMENT FUNDS TO THE BOYS AND GIRLS CLUB OF WEST SAN GABRIEL VALLEY AS *CY PRES* DESIGNEE [135]**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Terry J. Hatter, Jr. |

Pursuant to the Unopposed Motion to Distribute Remaining Settlement Funds to the Boys and Girls Club of West San Gabriel Valley, it is hereby ordered that:

1. The remaining settlement funds shall be distributed to The Boys and Girls Club of West San Gabriel Valley as *cy pres* designee; and
2. The clerk shall close the case.

**IT IS SO ORDERED.**

Dated: DECEMBER 8, 2021

Terry J. Hatter, Jr.

Honorable Terry J. Hatter, Jr.
Senior United States District Judge

CC: FISCAL